**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., | : | CIVIL ACTION NO. |
| | : | 1:16-cv-06171-GHW |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| VALUEWALK, LLC | : | |
| and | : | |
| JACOB O. WOLINSKY | : | |
| and | : | |
| DOES 1-10, | : | |
| | : | |
| *Defendants*. | : | |

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that a copy of the foregoing was served via Electronic

Filing on the following:

> John H. Ray, III
> RAY LEGAL CONSULTING GROUP, P.C.
> 4800 South Saint Lawrence Avenue, #1N
> Chicago, Illinois 60615
> *Attorney for Defendants*

Respectfully submitted,

**SPECTOR GADON & ROSEN, P.C.**

Date:  July 24, 2017

By: <u>s/ *Bruce Bellingham*</u>
Bruce Bellingham, Esquire
(215) 241-8916 / FAX- (215) 531-9115
bBellingham@lawsgr.com
David B. Picker, Esquire
dpicker@lawsgr.com
1635 Market Street – 7th Floor
Philadelphia, PA  19103
*Attorneys for Michael Grecco Productions, Inc.*