IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., | CIVIL ACTION NO. 1:16-cv-06171-GHW |
| *Plaintiff*, | |
| v. | |
| VALUEWALK, LLC, et al., | |
| *Defendants*. | |

### DECLARATION OF BRUCE BELLINGHAM IN OPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

BRUCE BELLINGHAM hereby declares the following to be true under penalties of perjury:

1. I have never had a *Barron's* subscription or membership.

2. I accessed the *Barron's* "King of Bonds" webpage numerous times in 2016 without encountering a paywall.

3. Today I accessed that webpage without any payment. *See* attachment.

4. Pursuant to 28 U.S.C. §1746, I declare under penalties of perjury that the foregoing is true and correct to the best of my personal knowledge and belief.

Dated: July 25, 2017

/s/ Bruce Bellingham
Bruce Bellingham