IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., | CIVIL ACTION NO. 1:16-cv-06171-GHW |
| *Plaintiff*, | |
| v. | |
| VALUEWALK, LLC<br>    and<br>JACOB O. WOLINSKY<br>    and<br>DOES 1-10, | |
| *Defendants.* | |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served via Electronic Filing on the following:

>John H. Ray, III
>RAY LEGAL CONSULTING GROUP, P.C.
>4800 South Saint Lawrence Avenue, #1N
>Chicago, Illinois 60615
>*Attorney for Defendants*

Respectfully submitted,

**SPECTOR GADON & ROSEN, P.C.**

Date: July 24, 2017

By: s/ *Bruce Bellingham*
Bruce Bellingham, Esquire
(215) 241-8916 / FAX- (215) 531-9115
bBellingham@lawsgr.com
David B. Picker, Esquire
dpicker@lawsgr.com
1635 Market Street – 7th Floor
Philadelphia, PA  19103
*Attorneys for Michael Grecco Productions, Inc.*